944 A.2d 25

RHONDA BOSLAND, PLAINTIFF–RESPONDENT, v. WARNOCK DODGE, INC., D/B/A, WARNOCK DODGE/CHRYSLER/JEEP, DEFENDANT–PETITIONER.

February 4, 2008.

Granted.